DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE A. DAVIS,**
Appellant,

v.

**DANIELE A. DAVIS,**
Appellee.

No. 4D22-2150

[May 11, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. DVCE 08-7598.

Terrence A. Davis, North Lauderdale, pro se.

Robert C.L. Vaughan and Cherine Smith Valbrun of Kim Vaughan Lerner LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***